1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | ISMAEL GHALIMI,                       )
                                          ) No. C 06-7615 MMC
13 |           Plaintiff,                 )
                                          )
14 |      v.                              )
                                          )
15 | DAVID N. STILL, District Director    ) **STIPULATION TO DISMISS AND**
U.S. Citizenship & Immigration Services, ) **[PROPOSED] ORDER**
16 | San Francisco District Office;       )
DR. EMILIO T. GONZALEZ, Director         )
17 | U.S. Citizenship and Immigration Services; )
MICHAEL CHERTOFF, Secretary of the       )
18 | U.S. Department of Homeland Security; )
ROBERT S. MUELLER, Director              )
19 | Federal Bureau of Investigation,     )
                                          )
20 |           Defendants.                )
     _____)
21

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 | of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25 |     Each of the parties shall bear their own costs and fees.

26 | ///

27 | ///

28

Motion to Dismiss
C06-7615 MMC                              1

Date: February 22, 2007                    Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                           _____/s/_____
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Date: February 22, 2007                    _____/s/_____
                                           MARTIN J. LAWLER
                                           Attorney for Plaintiff

## ORDER

    Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 26, 2007                   _____
                                           MAXINE M. CHESNEY
                                           United States District Judge

Motion to Dismiss
C06-7615 MMC                               2